BEATRICE BRAVERMAN, Appellant, v. MONTEREY OPERATING CORPORATION and Others, Defendants; DAVID WOLFF, J. T. WHALEN, INC., ROSE HELD, Respondents.— Action for a declaratory judgment in respect of the title to and right to possession of certain furniture or chattels. Judgment for defendants-respondents unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

BRIGHT TILE CORPORATION, Respondent, v. SOBRAY WHITCOMB Co., INC., Appellant.— In an action for the foreclosure of a mechanic's lien, judgment in favor of the plaintiff for the amount of a deposit of $475, and for a deficiency in the further sum of $221.33, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK, on Complaint of ROSE P. CRON, Appellant, v. AUGUSTUS SCOTTO, Respondent.— In a filiation proceeding, order of the Court of Special Sessions of the City of New York, Borough of Brooklyn, in favor of the defendant, unanimously affirmed. No opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

HELEN JANE GLASER, Appellant, v. WALTER THOMAS GLASER, Respondent.— Action for separation and support and for a declaration that the divorce decree obtained by defendant in Nevada is invalid as to plaintiff. The defense is a denial and the validity of the decree. Judgment in favor of defendant unanimously affirmed, without costs. The evidence shows that plaintiff was not fraudulently induced to appear in the Nevada action. Present — Lazansky, P. J., Carswell, Davis, Johnston and Adel, JJ.

LOUISE GOLDSMITH and CHARLES GOLDSMITH, Respondents, v. THE CITY OF NEW YORK, Appellant.— Action to recover for personal injuries to wife, and companion action of husband for loss of services, etc., arising out of an accident due to obstruction in a public highway and absence of lights thereon, during construction work by defendant. Judgment for plaintiffs reversed on the facts and a new trial granted, costs to abide the event, unless within ten days from the entry of the order hereon the plaintiffs stipulate to reduce the verdicts from $10,000 to $7,500 in plaintiff wife's action and from $2,000 to $1,000 in the husband's action for loss of services; in which event the judgment, as so reduced, is unanimously affirmed, without costs. In our opinion the verdicts are excessive. Present — Lazansky, P. J., Young, Hagarty, Adel and Taylor, JJ.